UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:23-MJ-1079-JG

| | |
|---|---|
| IN THE MATTER OF THE ) <br> CRIMINAL COMPLAINT FOR ) <br> ISAIAH EMMANUELLE GIBBS ) | ORDER TO SEAL APPLICATION AND <br> AFFIDAVIT FOR CRIMINAL <br> COMPLAINT |

Upon motion of the United States, for good cause shown and for the reasons stated in the motion, it is hereby ORDERED that the Application for Criminal Complaint and Probable Cause Affidavit in support of the Criminal Complaint in the above-referenced matter, the instant Motion to Seal, and this Order to Seal, be sealed by the Clerk from this date until unsealed by this Court's Order, except that a filed copy of the same be provided to the United States Attorney's Office and the Bureau of Alcohol, Tobacco, Firearms and Explosives.

This the __7__ day of July 2023.

JAMES E. GATES
United States Magistrate Judge