UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:23-MJ-01079-JG-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **NOTICE OF SUBSTITUTION** |
| v. | ) | **OF COUNSEL** |
| | ) | |
| ISAIAH EMMANUELLE GIBBS | ) | |

NOW COMES the United States of America, by and through the United States Attorney for the Eastern District of North Carolina, and hereby requests that the undersigned Assistant United States Attorney be substituted for Julie A. Childress as counsel for the Government.

Respectfully submitted, this 10th day of July 2023.

MICHAEL F. EASLEY, JR
United States Attorney

BY: */s/ Philip Aubart*
PHILIP AUBART
Assistant U.S. Attorney
150 Fayetteville St., Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4587
Email: Philip.aubart@usdoj.gov
MN Bar # 0396204