UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:23-MJ-1079-JG

| UNITED STATES OF AMERICA | NOTICE OF APPEARANCE |
|---|---|
| v. | |
| ISAIAH EMMANUELLE GIBBS | |

Pursuant to Local Rule 44.1(b), the Federal Public Defender for the Eastern District of North Carolina hereby notifies this Honorable Court that said attorney is representing the above named defendant in this criminal case.

Furthermore, by filing this Notice of Appearance, the Federal Public Defender for the Eastern District of North Carolina certifies that copies of said Notice have been served upon:

PHILIP L. AUBART
Assistant United States Attorney
Eastern District of North Carolina
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601

by electronically filing the foregoing with the Clerk of Court on July 11, 2023, using the CM/ECF system which will send notification of such filing to the above.

Respectfully submitted this 11th day of July, 2023.

G. ALAN DuBOIS
Federal Public Defender

/s/ James R. Saunders
JAMES R. SAUNDERS
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
201 South Evans Street, Suite 153
Greenville, North Carolina 27858
Telephone: 252-830-2620
Fax: 252-830-2232
E-mail: James_Saunders@fd.org
N.C. State Bar No. 26708
LR 57.1 Counsel Appointed