# UNITED STATES DISTRICT COURT
### for the
### Eastern District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | Case No. 4:23-MJ-1079-JG |
| v. | ) | |
| Isaiah Emmanuelle Gibbs | ) | RECEIVED BY |
| | ) | USMS E/NC |
| | ) | 07/07/2023 |
| | ) | |

_Defendant_

## ARREST WARRANT

To:     Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_     Isaiah Emmanuelle Gibbs                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
   see attached affidavit

Date: 7 July 2023

City and state:     Raleigh, N.C.

_Issuing officer's signature_

James E. Gates, United States Magistrate Judge
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ 07/07/2023 , and the person was arrested on _(date)_ 07/10/2023 at _(city and state)_ Raleigh, NC . |

Date: 07/10/2023

A. Taylor, ATF
_Arresting officer's signature_

S. Bowyer, USMS
_Printed name and title_

FILED

JUL 1 1 2023

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK