UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:23-CR-37-M-BM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | INDICTMENT |
| ) | |
| ISAIAH EMMANUELLE GIBBS ) | |

The Grand Jury charges that:

On or about October 4, 2022, in the Eastern District of North Carolina, the defendant, ISAIAH EMMANUELLE GIBBS, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, knowingly possessed a firearm and ammunition, and the firearm and ammunition were in and affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924.

(Remainder of Page Intentionally Left Blank)

## ALLEGATION OF PRIOR CONVICTIONS

For the purposes of Title 18, United States Code, Section 924(e), the defendant, ISAIAH EMMANUELLE GIBBS, committed the violation alleged in this Indictment after at least three previous convictions for violent felonies and/or serious drug offenses, or both, as defined in Title 18, United States Code, Section 924(e)(2), had become final, and said offenses were committed on occasions different from one another.

(Remainder of Page Intentionally Left Blank)

## FORFEITURE NOTICE

Notice is hereby given that all right, title and interest in the property described herein is subject to forfeiture.

Upon conviction of any violation of the Gun Control Act, the National Firearms Act, or any other offense charged herein that involved or was perpetrated in whole or in part by the use of firearms or ammunition, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and/or 26 U.S.C. § 5872, as made applicable by 28 U.S.C. § 2461(c), any and all firearms and ammunition that were involved in or used in a knowing or willful commission of the offense, or that were intended to be used in any offense identified in 18 U.S.C. § 924(d)(3), or, pursuant to 18 U.S.C. § 3665, that were found in the possession or under the immediate control of the defendant at the time of arrest.

The forfeitable property includes, but is not limited to, the following:

(Remainder of Page Left Intentionally Blank)

Personal Property:

a) One Taurus G3C 9mm handgun bearing serial number ACL487494, seized on October 4, 2022, from under the front passenger seat of a red Chevrolet Impala in which ISAIAH EMMANUELLE GIBBS was a passenger in Craven County, North Carolina, and any and all associated ammunition.

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

7/26/2023
DATE

MICHAEL F. EASLEY, JR.
United States Attorney

BY: Philip L. Aubart
Assistant United States Attorney

4