UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:23-CR-37-M-BM-1

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INITIAL APPEARANCE |
| v. | ON INDICTMENT |
| ISAIAH EMMANUELLE GIBBS | |

The Defendant, Isaiah Emmanuelle Gibbs, by and through counsel, waives the right to an

initial appearance on the Indictment filed on July 27, 2023 [DE 18]. Undersigned counsel files

this waiver of an initial appearance with the consent of the Defendant.

Respectfully submitted this 27th day of July, 2023.

G. ALAN DuBOIS
Federal Public Defender

*/s/ James R. Saunders*
JAMES R. SAUNDERS
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
201 S. Evans Street, Suite 153
Greenville, North Carolina 27858
Telephone: 252-830-2620
Fax: 252-830-2232
E-mail: James_Saunders@fd.org
N.C. State Bar No. 26708
LR 57.1 Counsel Appointed

1

*CERTIFICATE OF SERVICE*

I hereby certify that a copy of the foregoing was served upon:

PHILIP L. AUBART
United States Attorney's Office
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601


by electronically filing the foregoing with the Clerk of Court on this date, using the CM/ECF system which will send notification of such filing to the above.

This the 27th day of July, 2023.

*/s/ James R. Saunders*
JAMES R. SAUNDERS
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
201 S. Evans Street, Suite 153
Greenville, North Carolina 27858
Telephone: 252-830-2620
Fax: 252-830-2232
E-mail: James_Saunders@fd.org
N.C. State Bar No. 26708
LR 57.1 Counsel Appointed

2