UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Eastern Division

Docket No. 4:23-CR-37-1M

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ISAIAH EMMANUELLE GIBBS ) | |
| Defendant ) | |

This matter is before the court on the U.S. Probation Officer's motion to continue the sentencing in the above case, presently scheduled for January 9, 2024, in Wilmington. The case is hereby CONTINUED to the February 27, 2024 term in Wilmington, North Carolina.

This 29th day of November, 2023.

Richard E. Myers II
Chief United States District Judge